HARRY SLACKMAN, Respondent, v. CHARLES KAUFMAN, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

JAMES P. STUART and NICHOLAS DONOHUE, Respondents, v. GEORGE L. HUBBELL and Others, as Trustees of School District No. 18, Town of Hempstead, etc., Appellants.—Judgment unanimously affirmed, with costs. No opinion. Present—Thomas, Carr, Stapleton, Mills and Rich, JJ.

UNITED STATES TITLE GUARANTY COMPANY, Appellant, v. GEORGE W. EGBERT, Respondent.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

CHARLES WEISBECKER, Respondent, v. WELZ & ZERWECK, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

PETER WILLIAMS, an Infant, by MARY WILLIAMS, His Guardian ad Litem, Respondent, v. RUDD-NILSEN COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment and order reversed and new trial granted, costs to abide event. We find no evidence that the defendant, appellant, neglected any duty it owed to this plaintiff. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

JOHN GILBERT, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Thomas, Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of the Transfer Tax upon the Property of WALTER SCOTT TOWER, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JAMES D. PETERSON, as Executor, etc., Respondent.— Order of the Surrogate's Court of Queens county of March 4, 1914, affirmed, with ten dollars costs and disbursements. Order of July 8, 1913, affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

SOPHIA L. LAURIE, Plaintiff, v. FRANK V. KELLY, Public Administrator, etc., of MARY S. HASLETT, Deceased, Defendant.— Defendant's exceptions overruled, with costs of this appeal, and judgment unanimously directed for the plaintiff upon the verdict of the jury. No opinion. Present — Thomas, Carr, Stapleton, Rich and Putnam, JJ.

AMBROSE M. MERIAN, Respondent, v. REGINALD C. KNICKERBOCKER, Appellant.— Judgment and orders of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, upon the ground that the finding, which the verdict imports, that there was no contract between the parties fixing the sum of $500 as the price or cost of the entire work, was against the greater weight of the evidence. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SCANLON, Appellant.— Judgment of conviction and order reversed, and a new trial granted, upon the ground that there is not sufficient corroborative evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.